# UNITED STATES DISTRICT COURT
for the
### Western District of Washington

| | |
|---|---|
| GABRIEL A. ROBERTS, an individual, | ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | ) ) Civil Action No.  2:26-cv-00965 RAJ |
| PUBLIC HOSPITAL DISTRICT NO. 1 OF SKAGIT COUNTY., a municipal corporation dba Skagit Regional Health; KIRSTEN L. TAYLOR, an individual, | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KIRSTEN L. TAYLOR
31119 Prevedell Rd.
Sedro Woolley, WA 98284-8477

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SARAH L. LEE
Trial Attorney
705 S. 9th St. Ste. #104
Tacoma, WA 98405
ph. (253) 234-5614

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    4/7/2026                                    *Alejandro Pasaye Hernandez*
                                                    *Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00965 RAJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

## Western District of Washington

|  |  |  |
|---|---|---|
| GABRIEL A. ROBERTS, an individual, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  2:26-cv-00965 RAJ |
| PUBLIC HOSPITAL DISTRICT NO. 1 OF SKAGIT COUNTY., a municipal corporation dba Skagit Regional Health; KIRSTEN L. TAYLOR, an individual, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PUBLIC HOSPITAL DISTRICT NO. 1
OF SKAGIT COUNTYdba Skagit Regional Health Foundation
Linda Frizzell, Registered Agent
1415 E. Kincaid
Mount Vernon, WA 98273-1376

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SARAH L. LEE
Trial Attorney
705 S. 9th St. Ste. #104
Tacoma, WA 98405
ph. (253) 234-5614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/7/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00965 RAJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*


                                                    _____
                                                    *Printed name and title*



                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

<table>
<tr><td>GABRIEL A. ROBERTS, an individual,<br><br><i>Plaintiff(s)</i><br><br>v.<br><br>PUBLIC HOSPITAL DISTRICT NO. 1<br>OF SKAGIT COUNTY., a municipal<br>corporation dba Skagit Regional Health;<br>KIRSTEN L. TAYLOR, an individual,<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 2:26-cv-00965 RAJ</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASIA C. BOESE
9419 Rainbow Lane
Sedro Woolley, WA 98284-8477

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    SARAH L. LEE
    Trial Attorney
    705 S. 9th St. Ste. #104
    Tacoma, WA 98405
    ph. (253) 234-5614

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/7/2026

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00965 RAJ

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*


                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc: