UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GABRIEL A. ROBERTS, an individual,

Plaintiff,

v.

PUBLIC HOSPITAL DISTRICT NO. 1
OF SKAGIT COUNTY., a municipal
corporation dba Skagit Regional Health;
KIRSTEN L. TAYLOR, an individual;
and ASIA C. BOESE, an individual,

Defendants.

NO. 2:26-cv-00965-RAJ

**NOTICE OF APPEARANCE**

TO:          THE CLERK OF COURT;

AND TO:      ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Diana S. Shukis and Asti Gallina of Foster Garvey P.C. hereby appear as counsel of record for Defendant Public Hospital District No. 1 of Skagit County dba Skagit Regional Health in the above-entitled action.

Defendant reserves all defenses, including but not limited to defects in jurisdiction, venue, and/or service, and requests that all further papers and proceedings in said cause, exclusive of original process, be served upon said Defendant by serving its attorneys at the address below stated.

NOTICE OF APPEARNACE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

DATED this 12th day of June, 2026.

                                        FOSTER GARVEY PC


                                        By  *s/ Diana S. Shukis*
                                            Diana S. Shukis, WSBA #29716


                                        By  */s Asti Gallina*
                                            Asti M. Gallina, WSBA #53361

                                            1111 Third Avenue, Suite 3000
                                            Seattle, WA 98101
                                            Phone: (206) 447-4400
                                            Email: diana.shukis@foster.com
                                            Email: asti.gallina@foster.com

                                            *Attorneys for Defendant Public Hospital
                                            District No. 1 of Skagit County*

NOTICE OF APPEARNACE - 2